```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 20, 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NERY CHERY,

                Plaintiff,

  -against-

NATIONSTAR MORTGAGE LLC et al,
                Defendants.
------------------------------------------------------------X

**17 Civ. 01875 (PAC)**
**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

The above entitled action has been on the Court's active docket since March 15, 2017, and there having been no activity since August 8, 2017, it is,

ORDERED, that the above-entitled action is DISMISSED, without prejudice and without costs. Either party shall notify the Court in the event this matter should be reinstated. The Clerk of Court is directed to terminate this case.

Dated: New York, New York
         December 20, 2017

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge